USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
BRAULIO THORNE, ON BEHALF OF :
HIMSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
: 21-CV-4481 (VEC)
                       Plaintiff, :
       -against- : ORDER
:
EKA'S FLOWERS INC., :
                      Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 10, 2021, Plaintiff's counsel requested that the initial pretrial conference in this matter, scheduled for September 17, 2021, be adjourned, *see* Letter, Dkt. 8;

      WHEREAS on September 10, 2021, the Court denied Plaintiff's request and required that Plaintiff serve the Court's endorsement on Defendant and file proof of service by no later than Tuesday, September 14, 2021, *see* Endorsement, Dkt. 9; and

      WHEREAS no proof of service has been filed;

      IT IS HEREBY ORDERED that by no later than **Thursday, September 16, 2021 at 12:00 P.M.**, Plaintiff must serve a copy of the Court's endorsement at docket entry 9 on Defendant and file proof of service on the docket.

      IT IS FURTHER ORDERED that at the initial pretrial conference, currently scheduled for Friday, September 17, 2021 at 10:30 A.M., Plaintiff's counsel must be prepared to show cause why sanctions should not be imposed for failure to comply with a Court order. For the conference dial in information, the parties should consult the Court's endorsement at docket entry 9.

**SO ORDERED.**

**Date: September 15, 2021**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**
---

**SO ORDERED.**

Date:  September 15, 2021
       New York, New York

                **VALERIE CAPRONI**
                **United States District Judge**